IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-79-MOC-DCK

| | |
|---|---|
| JOSEPH REA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GUARANTEE TRUST LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) concerning Michael A. Coval, filed February 16, 2012. Mr. Coval seeks to appear as counsel *pro hac vice* for Defendant Guarantee Trust Life Insurance Company.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Coval is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Guarantee Trust Life Insurance Company.

Signed: February 17, 2012

David C. Keesler
United States Magistrate Judge